■ In the Matter of Louis AIELLO, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et

al., Respondents. — Order and judgment (one paper), Supreme Court, New York County (Edward Greenfield, J.), entered on June 11, 1984, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur — Sullivan, J. P., Asch, Bloom, Fein and Milonas, JJ. [124 Misc 2d 415.]